IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:05CR422 |
| | ) | |
| **DENNIS E. SMITH and** | ) | |
| **ROSE MEROLLA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The government's motion to continue (Filing No. 22) is granted.

**IT IS ORDERED** that the hearing on defendant Dennis Smith's motion to suppress (Filing No. 15) and defendant Rose Merolla's motion to dismiss (Filing No. 18) and motion to suppress (Filing No. 19) is continued to **January 5, 2006,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present unless excused by the Court.

DATED this 29th day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge