IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>DENNIS E. SMITH and<br>ROSE MEROLLA,<br>　　　　　Defendants. | CASE NO: 8:05CR422<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　Exhibit number(s): 101, 103

　　　Hearing type(s): Motion

　　　Date of hearing(s): 1/5/06

　　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　　IT IS SO ORDERED.

　　　June 1, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge